**Opinion issued February 24, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00167-CV

_____

## IN RE MICHAEL F. DONOVAN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On February 19, 2026, Relator Michael F. Donovan filed a petition for writ of mandamus challenging the trial court's July 17, 2025 "Permanent Injunction Enforcing Paragraph 3 of April 11, 2025 Amended Final Decree of Partition" as being void for lack of jurisdiction.[1] We deny the petition.

---

[1] The underlying case is *John J. Donovan, Verena D. Isensee, Catherine Elizabeth D. Urquhart, and Mary Anne Donovan v. Michael F. Donovan*, cause number 22-DCV-290581, pending in the 434th District Court of Fort Bend County, Texas, the Honorable J. Christian Becerra presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.